UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 08-20681-Civ-Graham/Torres

SYBIL B. LUCOFF,

    Plaintiff,

v.

FIRST FINANCIAL ASSET MANAGEMENT, INC.
AND FFPM CARMEL HOLDINGS 1, LLC,

    Defendants.
_____/

## NOTICE OF SETTLEMENT

Plaintiff, SYBIL B. LUCOFF, gives notice that the parties have reached a settlement in writing and Plaintiff expects the parties will conclude the settlement process shortly and that the parties will file a joint dismissal with prejudice within 10 days.

Respectfully submitted,

DONALD A. YARBROUGH, ESQ.
Attorney for Plaintiff
Post Office Box 11842
Fort Lauderdale, Florida 33339
Telephone: (954) 537-2000
Facsimile: (954) 566-2235
donyarbrough@mindspring.com

s/Donald A. Yarbrough
Donald A. Yarbrough, Esq.
Florida Bar No. 0158658

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 08-20681-Civ-Graham/Torres

SYBIL B. LUCOFF,

       Plaintiff,

v.

FIRST FINANCIAL ASSET MANAGEMENT, INC.
AND FFPM CARMEL HOLDINGS 1, LLC,

       Defendants.
_____/

## CERTIFICATE OF SERVICE

    **I HEREBY CERTIFY** that on October 8, 2008, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                      s/Donald A. Yarbrough
                                                      Donald A. Yarbrough, Esq.

## SERVICE LIST

Mr. Ernest H. Kohlmyer, III, Esq.
Bell, Roper & Kohlmyer, P. A.
2707 East Jefferson Street
Orlando, FL 32803
Telephone: 407-897-5150
Facsimile: 407-897-3332

Via Notices of Electronic Filing generated by CM/ECF