**CLOSED CIVIL CASE**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 08-20681-CIV-GRAHAM/TORRES

SYBIL B. LUCOFF,

    Plaintiff,

vs.

FIRST FINANCIAL ASSET MANAGEMENT INC.
and FFPM CARMEL HOLDINGS 1, LLC,

    Defendants.
_____/

### ORDER

**THIS CAUSE** came before the Court upon the Parties' Joint Stipulation for Dismissal with Prejudice [D.E. 22], which was filed on October 22, 2008. Based thereon, it is

**ORDERED AND ADJUDGED** that Plaintiff's action is **DISMISSED WITH PREJUDICE**, with each party to bear its own costs and fees except as otherwise agreed by the parties. It is further

**ORDERED AND ADJUDGED** that this case is **CLOSED** for administrative purposes and any pending motions are **DENIED** as moot.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 24th day of October, 2008.

DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

cc: U.S. Magistrate Judge Torres
      Counsel of Record